IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:21-00236

KENNETH OWENS

### MEMORANDUM OPINION AND ORDER

Pending before the court is the government's motion for a 30-day continuance of trial. (ECF No. 36.) In support of the government's motion, counsel explains that she will be out of West Virginia on vacation and arriving back in this state on the evening of March 20, 2022 (the day before trial). Her itinerary is based on travel booked last November. Defendant filed a response stating that he does not object to a brief continuance and providing his counsel's trial schedule. (ECF No. 37.)

Continuity of counsel is a permissible reason to continue trial and exclude time under the Speedy Trial Act, especially when a defendant does not object to a continuance. See 18 U.S.C. § 3161(h)(7)(B)(iv); United States v. Andrews, 365 F. App'x 480, 484 n.* (4th Cir. 2010). While the reason for the continuance proffered here would not support a lengthy continuance, it does support a modest one.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and

the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would unreasonably deny the defendant or the Government continuity of counsel."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. Jury Instructions and Proposed Voir Dire are due by **March 30, 2022**;
2. Trial of this action is continued to **April 6, 2022, at 9:30 a.m.** in Bluefield; and
3. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 4th day of March, 2022.

ENTER:

David A. Faber
Senior United States District Judge